

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00312-CV

Luis and Janeth **MORENO**, individually and on behalf of their daughter G.M.,
Appellants

v.

Rosa **VIDA**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT000802 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  August 12, 2015

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM